**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-cv-01202-BNB

LEO SIMMONS,

    Plaintiff,

v.

H. BRILL, Warden,
PHILLIPS, Chairperson,
MINDEE MITCHELL,
ANGELA MORELAND,
MERCHANT, C/O,
FRAZIER, C/O, and
DOWD, C/O, and
DELGADO, C/O,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Plaintiff's Motion to Show Exhaustion (Doc. No. 7), filed on July 28, 2009, is construed by the Court as an attempt to supplement Plaintiff's original complaint and not a motion.

Dated:  January 4, 2010